# Third District Court of Appeal
## State of Florida

Opinion filed November 17, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-568
Lower Tribunal No. 97-15421

_____

**Margarita Alvarez,**
Appellant,

vs.

**Pablo Alvarez,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Scott M. Bernstein, Judge.

Law Offices of Marilyn Blumberg, and Marilyn Blumberg, for appellant.

Andrew M. Kassier, P.A., and Andrew M. Kassier, for appellee.[1]

Before FERNANDEZ, C.J., and SCALES and GORDO, JJ.

PER CURIAM.

Affirmed.

_____

[1] Appellee was precluded from filing an answer brief after failing to heed this Court's order directing him to file same within a specified period of time.